UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARY J. EDWARDS, Individually, and on behalf of herself and other similarly situated current and former employees,<br><br>    *Plaintiff*,<br><br>v.<br><br>SUMIRIKO TENNESSEE, INC.,<br><br>    *Defendant*. | Case No. 3:20-cv-83<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Debra C. Poplin |

## JUDGMENT ORDER

For the reasons addressed in the accompanying memorandum and order, the Court:

(1) **APPROVES** the settlement of Plaintiffs' claims with Defendant, for $104,024.08 in compensatory damages for Plaintiffs who have settled and service-recognition payments for Named Plaintiff, to be allocated as set forth in the Settlement Agreement and as detailed in the accompanying order;

(2) **AWARDS** reasonable attorneys' fees and costs, including the costs of settlement administration, to Plaintiffs' counsel in the amount of $90,000, to be paid as set forth in the Settlement Agreement and as detailed in the accompanying order;

(3) **DISMISSES WITHOUT PREJUDICE** the claims of Opt-in Plaintiffs Cheryl Jones and Tommy Thompson; and

(4) **DISMISSES WITH PREJUDICE** the claims of all other Plaintiffs in this action.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ John Medearis
   CLERK OF COURT